FILED
August 17, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>DAVID A. TURCIOS,<br><br>    Defendant. | Case No. 2:15-mj-00108-AC<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DAVID A. TURCIOS, Case No. 2:15-mj-00108-AC from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   **X**   Release on Personal Recognizance

   ___   Bail Posted in the Sum of: $

         ___   Co-Signed Unsecured Appearance Bond

         ___   Secured Appearance Bond

   **X**   (Other) <u>Conditions as stated on the record.</u>

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  8/17/2015   at  2:25 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge