BENJAMIN B. WAGNER
United States Attorney
Matthew M. Yelovich
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Daniel P. Butler
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Room 4404
Washington, DC 20530
Telephone: (202) 307-2184
Facsimile: (202) 514-7021

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00108 AC |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DAVID A. TURCIOS, | CURRENT PRELIMINARY HEARING DATE: OCT. 5, 2015 |
| Defendant. | PROPOSED PRELIMINARY HEARING DATE: NOV. 20, 2015 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for preliminary hearing on October 5, 2015.

2. By this stipulation, the parties now move to continue the preliminary hearing date until November 20, 2015, at 2:00 P.M. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that date. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, specifically, conducting legal and factual research and examining case files. The

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

1

1  government sent discovery materials to defendant and defense counsel on August 20, 2015, with some
2  follow-up discovery on August 25, 2015, and defense counsel will need time to review said discovery
3  and conduct related case preparation.  The parties are exploring a potential pre-indictment resolution of
4  this case.

5  3. The parties stipulate, and would ask the Court to so find, that, based on the above-stated
6  findings, the ends of justice served by continuing the case as requested outweigh the interest of the
7  public and the defendant in an information or indictment being filed within the original date prescribed
8  by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

9  4. The parties agree that good cause exists for the extension of time and that the extension
10 would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the
11 parties request that the time between October 5, 2015 (original preliminary hearing date), and November
12 20, 2015 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv),
13 Local Code T-4.

14 5. Nothing in this stipulation and order shall preclude a finding that other provisions of the
15 Speedy Trial Act dictate that additional time periods are excludable from the period within which an
16 information or indictment must be filed.

17 IT IS SO STIPULATED.

Dated:  September 25, 2015                             BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Matthew M. Yelovich
                                                       Matthew M. Yelovich
                                                       Assistant United States Attorney

                                                       Daniel P. Butler
                                                       U.S. Department of Justice
                                                       Criminal Division, Fraud Section

Dated:  September 25, 2015                             /s/ Timothy Zindel
                                                       Timothy Zindel
                                                       Office of the Federal Defender
                                                       Counsel for Defendant
                                                       David A. Turcios

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY            2
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 25th day of September, 2015.



THE HONORABLE ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE