ANDREW WEISSMANN
Chief, Fraud Section
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W.
Room 4404
Washington, D.C.  20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>DAVID A. TURCIOS,<br><br>                    Defendant. | CASE NO.  2:15-MJ-00108 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT AND ORDER THEREON<br><br>CURRENT PRELIMINARY HEARING DATE:<br>August 22, 2016<br>PROPOSED PRELIMINARY HEARING DATE:<br>September 26, 2016 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a preliminary hearing on August 22, 2016.

2.      By this stipulation, the parties now move to continue the preliminary hearing date until September 26, 2016 at 2:00 p.m. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that date.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, specifically, conducting initial legal and factual research, and examining case files.  The government sent discovery materials to defendant and defense counsel on August 20 and 25, 2015, October 27, 2015, April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and telephone exchanges of case relevant information and a personal meeting, and defense counsel will need time to review said

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

1

1  discovery and conduct related case preparation.  Furthermore, defendant was unavailable earlier this
2  summer for a six week period due to participation in a program.  Finally, the parties are exploring a
3  potential pre-indictment resolution of this case.

4      3.     The parties stipulate, and would ask the Court to so find, that, based on the above-stated
5  findings, the ends of justice served by continuing the case as requested outweigh the interest of the
6  public and the defendant in an information or indictment being filed within the original date prescribed
7  by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

8      4.     The parties agree that good cause exists for the extension of time and that the extension
9  would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the
10 parties request that the time between August 22, 2016 (current date for the preliminary hearing), and
11 September 26, 2016 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C.
12 § 3161(h)(7)(B)(iv), Local Code T-4.

13     5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
14 Speedy Trial Act dictate that additional time periods are excludable from the period within which an
15 information or indictment must be filed.

16     IT IS SO STIPULATED.

18 Dated:  August 16, 2016                                          ANDREW WEISSMANN
                                                                        Chief, Fraud Section

20                                                                        /s/  Daniel P. Butler
                                                                       Daniel P. Butler
21                                                                        Trial Attorney, Fraud Section
                                                                       Criminal Division
22                                                                        U.S. Department of Justice

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

2

Dated: August 16, 2016

/s/ Timothy Zindel
Timothy Zindel
Office of the Federal Defender
Counsel for Defendant
David A. Turcios

### [~~PROPOSED~~] FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: August 17, 2016.

_____
THE HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

3