ANDREW WEISSMANN
Chief, Fraud Section
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W.
Room 4404
Washington, D.C.  20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>DAVID A. TURCIOS,<br><br>                    Defendant. | CASE NO.  2:15-MJ-00108 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT<br><br>CURRENT PRELIMINARY HEARING DATE: December 5, 2016<br>PROPOSED PRELIMINARY HEARING DATE: January 30, 2017 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on December 5, 2016.

2. By this stipulation, the parties now move to continue the preliminary hearing date until January 30, 2017 at 2:00 p.m. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that date.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, specifically, conducting legal and factual research, and examining case files.  The government sent discovery materials to defendant and defense counsel on August 20 and 25, 2015, October 27, 2015, April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and telephone exchanges of case relevant information and a personal meeting, and defense counsel will need time to review said

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

1

discovery and conduct related case preparation.  Furthermore, defendant was unavailable during the summer for a six week period due to participation in a program.  Finally, the parties are exploring a potential pre-indictment resolution of this case.

3. The parties stipulate, and would ask the Court to so find, that, based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in an information or indictment being filed within the original date prescribed by the Speedy Trial Act.  <u>See</u> 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time and that the extension would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the parties request that the time between December 5, 2016 (current date for the preliminary hearing), and January 30, 2017 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

5. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which an information or indictment must be filed.

IT IS SO STIPULATED.

Dated:  November 30, 2016                ANDREW WEISSMANN
                                         Chief, Fraud Section


                                         /s/  Daniel P. Butler
                                         Daniel P. Butler
                                         Trial Attorney, Fraud Section
                                         Criminal Division
                                         U.S. Department of Justice


Dated:  November 30, 2016                /s/ Timothy Zindel
                                         Timothy Zindel
                                         Office of the Federal Defender
                                         Counsel for Defendant
                                         David A. Turcios

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY
HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME
UNDER SPEEDY TRIAL ACT

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: November 30, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

3