ANDREW WEISSMANN
Chief, Fraud Section
Daniel P. Butler
Trial Attorney, Fraud Section
Criminal Division
U.S. Department of Justice
1400 New York Ave., N.W.
Room 4404
Washington, D.C.  20530

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DAVID A. TURCIOS,<br><br>           Defendant. | CASE NO.  2:15-MJ-00108 AC<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT<br><br>CURRENT PRELIMINARY HEARING DATE: February 27, 2017<br>PROPOSED PRELIMINARY HEARING DATE: April 28, 2017 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant DAVID A. TURCIOS, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a preliminary hearing on February 27, 2017.

2. By this stipulation, the parties now move to continue the preliminary hearing date until April 28, 2017 at 2:00 p.m. before the duty United States Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure, and seek an Order from this Court excluding time until that date.  The parties stipulate that the delay is required to allow the defense reasonable time for preparation, specifically, conducting legal and factual research, and examining case files.  The government sent discovery materials to defendant and defense counsel on August 20 and 25, 2015, October 27, 2015, April 19, 2016, and June 3, 8 and 23, 2016, as well as various email and telephone exchanges of case relevant information and a personal meeting, and defense counsel will need time to review said

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

1

1  discovery and conduct related case preparation.  Furthermore, defendant was unavailable during the
2  summer of 2016 for a six week period due to participation in a program.  Moreover, defense counsel was
3  recently involved in unrelated trial matters that required his attention to those matters for most of last
4  month.  Finally, the parties have been exploring a potential pre-indictment resolution of this case.

5        3.     The parties stipulate, and would ask the Court to so find, that, based on the above-stated
6  findings, the ends of justice served by continuing the case as requested outweigh the interest of the
7  public and the defendant in an information or indictment being filed within the original date prescribed
8  by the Speedy Trial Act.  See 18 U.S.C. § 3161(h)(7)(A).

9        4.     The parties agree that good cause exists for the extension of time and that the extension
10 would not adversely affect the public interest in the prompt disposition of criminal cases.  Therefore, the
11 parties request that the time between February 27, 2017 (current date for the preliminary hearing), and
12 April 28, 2017 (new date of the preliminary hearing), be excluded pursuant to 18 U.S.C.
13 § 3161(h)(7)(B)(iv), Local Code T-4.

14       5.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
15 Speedy Trial Act dictate that additional time periods are excludable from the period within which an
16 information or indictment must be filed.

17       IT IS SO STIPULATED.

Dated:  February 22, 2017                      ANDREW WEISSMANN
                                                     Chief, Fraud Section

                                                     /s/  Daniel P. Butler
                                                     Daniel P. Butler
                                                     Trial Attorney, Fraud Section
                                                     Criminal Division
                                                     U.S. Department of Justice

Dated:  February 22, 2017                      /s/ Timothy Zindel
                                                   Timothy Zindel
                                                   Office of the Federal Defender
                                                   Counsel for Defendant
                                                   David A. Turcios

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

2

**[~~PROPOSED~~] FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated: February 23, 2017.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT

3